No. 13,533.

KITRELL ET AL. *v.* MAU SALTZMAN.

(36 P. [2d] 1118)

Decided July 2, 1934. Rehearing denied August 7, 1934.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Campbell and Mr. Justice Bouck not participating.

Mr. A. B. Manning, for plaintiffs in error.

Mr. R. L. Chambers, Mr. C. W. Dolph, for defendant in error.